**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| GEORGE RUCKER, | ) | CASE NO. 1:10-cv-2613 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | NANCY A. VECCHIARELLI |
| | ) | |
| CITY OF CLEVELAND, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | Doc. No. 41 |

Before the court is the motion of defendant, Walter Thomas ("Thomas"), to file his response to Plaintiff's Explanation of Good Service under seal. Doc. No. 41. Thomas avers that the memorandum in response contains confidential information that is the subject of a stipulated protective order. *See* Doc. No. 29. Thomas requests filing under seal to preserve the confidentiality of that information.

There is a strong presumption that federal court files will be open to the public, although a court has the power to seal files where a party's interest in privacy may outweigh the public interest in disclosure. *See In re Knoxville News–Sentinel Co.*, 723 F.2d 470, 474 (6th Cir. 1983); *Brown & Williamson Tobacco Corp. v. FTC*, 710 F.2d 1165, 1177 (6th Cir. 1983). In the present case, the balance between the presumption of openness and the need for privacy is best balanced by filing the complete brief under seal

but also filing publically a copy of the brief with the confidential information redacted. Thomas shall, therefore, file his response brief in that manner.

As already ordered pursuant to the stipulation of the parties, counsel for plaintiff and Cleveland shall keep confidential Thomas's personal contact information. Counsel for plaintiff shall not share that information with plaintiff, George Rucker, at any time for any purpose. Counsel for all parties shall use Thomas's contact information exclusively in the above-captioned litigation and for the exclusive purpose of addressing perfection of service on Thomas. Counsel for plaintiff shall destroy any document containing Thomas's personal information upon the termination of this litigation.

**IT IS SO ORDERED.**


Date: November 3, 2011        s/ *Nancy A. Vecchiarelli*
                              NANCY A. VECCHIARELLI
                              UNITED STATES MAGISTRATE JUDGE